# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00416-CV

### In re Harlan Levien, Stephen Levien, Kenneth Ives, and Parvin Johnson, Jr.

### ORIGINAL PROCEEDING FROM BASTROP COUNTY

## O R D E R

**PER CURIAM**

Relators Harlan Levien, Stephen Levien, Kenneth Ives, and Parvin Johnson, Jr., have filed a petition for writ of mandamus seeking review of the district court's orders granting a motion to continue a summary-judgment hearing and denying a joint motion for protective order and motion to quash and filed a motion for emergency relief asking this Court to stay the underlying trial proceedings, including discovery and previously scheduled depositions of the relators. *See* Tex. R. App. P. 52.1-.3, .10. We grant the motion for emergency relief and stay the underlying trial proceedings pending further order of this Court. *See id.* R. 52.10. The real parties in interest, Kenneth Levien, Barry Levien, and Phillip Levien, are requested to file a response to the petition for writ of mandamus on or before July 20, 2016.

It is ordered June 21, 2016.

Before Justices Puryear, Goodwin, and Field